■ In the Matter of MAURICE S. ZACCARDO, Appellant, v. LAURIE BRUENN et al., Constituting the Zoning Board of Appeals of the Village of Tarrytown, Respondents.— Judgment of the Supreme Court, Westchester County, dated April 30, 1968, affirmed, without costs (*Matter of Sherman* v. *Gustafson*, 28 A D 2d 1082, affd. 22 N Y 2d 793). Christ, Acting P. J., Brennan, Rabin, Hopkins and Kleinfeld, JJ., concur.